

**Transferred case has been opened**
cmecfautosender    to: InterdistrictTransfer_CASD        11/20/2009 06:30 AM

CASE: 3:09-cv-02115

DETAILS: Case transferred from California Southern has been opened in Southern District of Florida as case 1:09-cv-23527, filed 11/20/2009.